670 A.2d 1052

IN THE MATTER OF PAMELA N. TIGHE, AN ATTORNEY AT LAW.

February 9, 1996.

### CORRECTED ORDER

The Disciplinary Review Board having on October 10, 1995, filed with the Court its decision concluding that **PAMELA N. TIGHE** of **UNION,** who was admitted to the bar of this State in 1978, should be reprimanded for the negligent misappropriation of client funds, in violation of *RPC* 1.15, and respondent having been ordered to show cause why she should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **PAMELA N. TIGHE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.